11/cr/10167 GAO

10/16/13

Can you have the Feds transfer me back to RayBrook F.C.I so I can get released to a halfway house on Nov 16th. All of the trials are pushed back to next year. None of these county jails can release me on Federal matters. I've already been in jail for what I think is way too long for all I've done & don't think I should have to stay any longer than I have to. Wyatt should be able to release me also seeing that it is an FCI. So if it's easier to just go there I will.

P.S If you can't help me or know who can who should I talk to?

